IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRACY H. NEIBERGER, | ) |
| Petitioner, | ) ) ) |
| v. | ) )  Case No. CIV-25-216-D |
| UNITED STATES, et al., | ) ) ) |
| Respondents. | ) |

# JUDGMENT

Pursuant to the Order, filed contemporaneously, adopting the magistrate judge's Report and Recommendation, this action is **DISMISSED WITHOUT PREJUDICE** to refiling.

**ENTERED** this 28th day of May 2028.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge